# Court of Appeals
# of the State of Georgia

ATLANTA,  February 28, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1050.  DERRICK JACKSON v. BILL MASSEE.**

Derrick Jackson appeals to this Court from the trial court's order denying his petition for habeas corpus. Under our Constitution, the Supreme Court of Georgia has exclusive appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, Massee's motion to transfer is GRANTED and this appeal is TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/28/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*